# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH COLEMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-00570** |
| **JUDGE JERMEINE WISHBERG** | **SECTION: "J"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's complaint seeking relief pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, this 20th day of March, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE